AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE GOVERNOR AND CO OF THE BANK OF SCOTLAND<br>*Plaintiff*<br>v.<br>WASSERMAN<br>*Defendant* | )<br>)<br>)  Civil Action No.  10-38M<br>)<br>) |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __3/25/2013__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __9/18/14__

CLERK OF COURT

__Vickie C. McGuire__
*Signature of Clerk or Deputy Clerk*



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| THE GOVERNOR AND COMPANY<br>OF THE BANK OF SCOTLAND<br><br>Plaintiff,<br><br>vs.<br><br>BERNARD WASSERMAN,<br>DAVID WASSERMAN<br>AND RICHARD WASSERMAN<br><br>Defendants. | Civil Action No. 10-328-M-PAS |

## JUDGMENT

After the issues have been heard and a decision has been rendered on the parties' summary judgment papers and pleadings, it is hereby:

**ORDERED, ADJUDGED AND DECREED:**

1. Judgment hereby enters in favor of the Plaintiff, the Governor and Company of the Bank of Scotland, and against Defendants Bernard Wasserman, David Wasserman and Richard Wasserman, jointly and severally, in the amount of (U.K.) **£9,500,000**, plus default interest of (U.K.) **£1,561,775.19** for a total of (U.K.) **£11,061,775.19 plus** default interest continuing to accrue at an amount equal to (U.K.) **£1,431.57** per day until judgment is satisfied by payment in full **plus** attorneys fees, in an amount to be determined by the Court, and costs, including those of collection, as allowed by the governing law and the subject Guarantee; and

2. Judgment hereby enters in favor of the counterclaim-defendant, the Governor and Company of the Bank of Scotland, and against the counterclaim-plaintiffs, Bernard Wasserman, David Wasserman and Richard Wasserman dismissing with prejudice all counterclaims upon

{W3604398.1}

Attest to
True Copy

DAVID A. DIMARZIO

By_____
Deputy Clerk

which the counterclaim-plaintiffs, Bernard Wasserman, David Wasserman and Richard Wasserman, shall take nothing against the counterclaim-defendant, the Governor and Company of the Bank of Scotland.

Enter

JOHN J. McCONNELL JR.

which the counterclaim-plaintiffs, Bernard Wasserman, David Wasserman and Richard Wasserman, shall take nothing against the counterclaim-defendant, the Governor and Company of the Bank of Scotland.

Dated:
at Providence, Rhode Island

By Order:

*Barbara Barletta*

Clerk:

Enter */s/ John J. McConnell*

JOHN J. McCONNELL JR.
USDJ     3/25/13